UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: JOHNSON, BRYANT | § Case No. 07-72241 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/28/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 12/18/2012        By: /s/MEGAN G. HEEG
                                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| In re: JOHNSON, BRYANT | § Case No. 07-72241 |
|---|---|
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,052.27 |
| *and approved disbursements of* | $ 1,613.27 |
| *leaving a balance on hand of* [1] | $ 1,439.00 |
| **Balance on hand:** | $ 1,439.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,439.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 690.39 | 0.00 | 690.39 |
| Trustee, Expenses - MEGAN G. HEEG | 50.00 | 0.00 | 50.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 386.29 | 0.00 | 386.29 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 312.32 | 0.00 | 312.32 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,439.00 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,514.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Act | 236.00 | 0.00 | 0.00 |
| 2 | LVNV Funding LLC its successors and assigns as | 478.01 | 0.00 | 0.00 |
| 3 | Aba | 1,075.00 | 0.00 | 0.00 |
| 4 | Arnold Austin | 5,850.00 | 0.00 | 0.00 |
| 5 | American General Financial Services | 4,875.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

Prepared By:  /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 07-72241-TML
Bryant Johnson                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Jan 08, 2013
                              Form ID: pdf006         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2013.
```
db          +Bryant Johnson,    1351 Chicago Ave Lot 3,    Dixon, il 61021-3968
11620444    +Aba,    300 1/2 South 2nd,    Clinton, IA 52732
11906838    +American General Finances of Illinois, Inc.,    4311 East Lincolnway, Suite D,
              Sterling, IL 61081-7619
11620445    +American General Financial Services of IL Inc,    4311 East Lincolnway Suite D,
              Sterling, IL 61081-7619
11890666     Arnold Austin,    504 1/2 Broadway Avenue,    Sterling, IL   61081
11620446     Arnold D. Austin,    504 1/2 Broadway Ave,    Sterling, IL   61081
11620447   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One Bk,    Po Box 85520,    Richmond, VA   23285)
11620448    +Credit Protect Assoc,    1355 Noel Rd Suite 2100,    Dallas, TX 75240-6837
11620449    +Daniel Willsted,    601 Ave. A,    Rock Falls, IL 61071-1735
11620450    +Gary Swarts,    Pine Hill Road, PO Box 681,    Sterling, IL 61081-0681
11620442    +Johnson Bryant,    1351 Chicago Ave Lot 3,    Dixon, IL 61021-3968
11620453    +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
11620454    +National Act,    Pob 44207,    Madison, WI 53744-4207
11620456     State Disbursement Unit,    PO Box 5400,    Carol Stream, IL   60197-5400
11620457    +Sterling Fed,    Pob 617,    Sterling, IL 61081-0617
11620443    +Thomas H Senneff Attorney,    408 11 Ave,    Fulton, IL 61252-1728
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11620451    +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2013 01:50:27      Jc Penney,    Po Box 981402,
              El Paso, TX 79998-1402
11823111     E-mail/Text: resurgentbknotifications@resurgent.com Jan 09 2013 01:00:36
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11620455    +E-mail/Text: resurgentbknotifications@resurgent.com Jan 09 2013 01:00:36       Sherman Acquisitions,
              Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11620452    ##+Marc Batley,    301 5th Ave,    Sterling, IL 61081-3768
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Jan 08, 2013
                              Form ID: pdf006             Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2013 at the address(es) listed below:
              Megan G Heeg    on behalf of Plaintiff Trustee Megan G  Heeg heeg@egbbl.com, IL55@ecfcbis.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Thomas H Senneff    on behalf of Debtor Bryant  Johnson thomassenneff@frontiernet.net
                                                                                             TOTAL: 5
```