# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: JOHNSON, BRYANT                       §    Case No.  07-72241
                                             §
                                             §
                                             §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,505.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00          Claims Discharged
                                                Without Payment: $20,385.02

Total Expenses of Administration: $2,761.54

3)  Total gross receipts of $        3,052.27    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        290.73    (see **Exhibit 2** ), yielded net receipts of $2,761.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 2,761.54 | 2,761.54 | 2,761.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6** ) | 439.01 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 20,336.00 | 12,514.01 | 12,514.01 | 0.00 |
| **TOTAL DISBURSEMENTS** | $20,775.01 | $15,275.55 | $15,275.55 | $2,761.54 |

4)  This case was originally filed under Chapter 7 on September 20, 2007. The case was pending for 67 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2013            By:  /s/MEGAN G. HEEG
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Harley Davidson Motorcycle - 1981 | 1129-000 | 250.00 |
| TAX REFUNDS | 1224-000 | 1,195.00 |
| Other Personal Property (unscheduled) | 1229-000 | 1,605.00 |
| Interest Income | 1270-000 | 2.27 |
| **TOTAL GROSS RECEIPTS** | | **$3,052.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bryant Johnson | Debtor's exempt portion of tax refunds | 8100-002 | 290.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$290.73** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 690.39 | 690.39 | 690.39 |
| MEGAN G. HEEG | 2200-000 | N/A | 50.00 | 50.00 | 50.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 386.29 | 386.29 | 386.29 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 312.32 | 312.32 | 312.32 |
| ITV | 2200-000 | N/A | 473.10 | 473.10 | 473.10 |
| Lenny Bryson Auction Company | 3610-000 | N/A | 240.75 | 240.75 | 240.75 |
| Lenny Bryson Auction Company | 3620-000 | N/A | 78.64 | 78.64 | 78.64 |
| Lenny Bryson Auction Company | 3620-000 | N/A | 127.00 | 127.00 | 127.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.05 | 3.05 | 3.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,761.54 | $2,761.54 | $2,761.54 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State Disbursement Unit | 5200-000 | 439.01 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $439.01 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | National Act | 7100-000 | 236.00 | 236.00 | 236.00 | 0.00 |
| 2 | LVNV Funding LLC its successors and assigns as | 7100-000 | 478.00 | 478.01 | 478.01 | 0.00 |
| 3 | Aba | 7100-000 | 1,075.00 | 1,075.00 | 1,075.00 | 0.00 |
| 4 | Arnold Austin | 7100-000 | 5,850.00 | 5,850.00 | 5,850.00 | 0.00 |
| 5 | American General Financial Services | 7100-000 | 5,265.00 | 4,875.00 | 4,875.00 | 0.00 |
| NOTFILED | Jc Penney | 7100-000 | 682.00 | N/A | N/A | 0.00 |
| NOTFILED | Gary Swarts | 7100-000 | 177.00 | N/A | N/A | 0.00 |
| NOTFILED | Marc Batley | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 467.00 | N/A | N/A | 0.00 |
| NOTFILED | Sterling Fed | 7100-000 | 832.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 151.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Willsted | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protect Assoc | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One Bk | 7100-000 | 2,653.00 | N/A | N/A | 0.00 |
| NOTFILED | State Disbursement Unit | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,336.00 | $12,514.01 | $12,514.01 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 07-72241 | Trustee: (330490)  MEGAN G. HEEG |
| Case Name: JOHNSON, BRYANT | Filed (f) or Converted (c): 09/20/07 (f) |
| | §341(a) Meeting Date: 11/09/07 |
| Period Ending: 04/22/13 | Claims Bar Date: 02/18/08 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Debtor has no cash on hand. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 5.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Harley Davidson Motorcycle - 1981 | 1,500.00 | 750.00 | | 250.00 | FA |
| 6 | TAX REFUNDS (u) | 0.00 | 904.27 | | 1,195.00 | FA |
| 7 | BOATS, MOTORS, AND ASSESSORIES (u)<br>car parts | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Other Personal Property (unscheduled) (u)<br>tools for motorcyle repair | 0.00 | 1,158.61 | | 1,605.00 | FA |
| 9 | Other Personal Property (unscheduled) (u)<br>snakeskin | 0.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.27 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$3,005.00** | **$2,812.88** | | **$3,052.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):     July 30, 2008          Current Projected Date Of Final Report (TFR):     December 18, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-72241 | |
| Case Name: | JOHNSON, BRYANT | |
| | | |
| Taxpayer ID #: | **-***2741 | |
| Period Ending: | 04/22/13 | |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****55-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/08 | {6} | United States Treasury | tax refund | 1224-000 | 1,195.00 | | 1,195.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.06 | | 1,195.06 |
| 04/25/08 | 1001 | ITV | deposition fee of Bryant Johnson | 2200-000 | | 473.10 | 721.96 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.16 | | 722.12 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.09 | | 722.21 |
| 06/26/08 | 1002 | Bryant Johnson | Debtor's exempt portion of tax refunds | 8100-002 | | 290.73 | 431.48 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.09 | | 431.57 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 431.65 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 431.70 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.05 | | 431.75 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.04 | | 431.79 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.03 | | 431.82 |
| 12/04/08 | | Lenny Bryson Auction Company | proceeds from auction of personal property | | 1,158.61 | | 1,590.43 |
| | {8} | | Proceeds from auction    1,605.00<br>of personal property | 1229-000 | | | 1,590.43 |
| | | | Auctioneer fees    -240.75 | 3610-000 | | | 1,590.43 |
| | | | advertisement    -78.64 | 3620-000 | | | 1,590.43 |
| | | | Labor and trucking    -127.00 | 3620-000 | | | 1,590.43 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1,590.51 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.57 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.63 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.75 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.81 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.87 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,590.99 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,591.05 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,591.11 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,591.17 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,591.23 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,591.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,591.35 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,591.42 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,591.43 |
| 04/06/10 | | Wire out to BNYM account<br>9200******5565 | Wire out to BNYM account 9200******5565 | 9999-000 | -1,591.43 | | 0.00 |
| | | | Subtotals : | | $763.83 | $763.83 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-72241 |
| Case Name: | JOHNSON, BRYANT |
| | |
| Taxpayer ID #: | **-***2741 |
| Period Ending: | 04/22/13 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****55-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 763.83 | 763.83 | $0.00 |
| | | | Less: Bank Transfers | | -1,591.43 | 0.00 | |
| | | | **Subtotal** | | 2,355.26 | 763.83 | |
| | | | Less: Payments to Debtors | | | 290.73 | |
| | | | **NET Receipts / Disbursements** | | $2,355.26 | $473.10 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 07-72241 | |
| Case Name: | JOHNSON, BRYANT | |
| | | |
| Taxpayer ID #: | **-***2741 | |
| Period Ending: | 04/22/13 | |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******55-65 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5565 | Wire in from JPMorgan Chase Bank, N.A. account *******5565 | 9999-000 | 1,591.43 | | 1,591.43 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,591.50 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,591.60 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,591.69 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,591.78 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,591.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.89 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.90 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.91 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.92 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.94 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.95 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.96 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.97 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.98 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,591.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.05 | 1,588.94 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,588.95 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,563.95 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,563.96 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,538.96 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,538.97 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,513.97 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,513.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,488.98 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,488.99 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,463.99 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,464.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,439.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,414.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,389.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,364.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,339.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,314.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,289.00 |

| | | |
|---|---|---|
| Subtotals : | $1,592.05 | $303.05 |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-72241 |
| Case Name: | JOHNSON, BRYANT |
| | |
| Taxpayer ID #: | **-***2741 |
| Period Ending: | 04/22/13 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******55-65 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/27/12 | {5} | Lenny Bryson | sale of motorcycle parts | 1129-000 | 250.00 | | 1,539.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,514.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,489.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,464.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,439.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 1,439.00 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 1,842.05 | 1,842.05 | $0.00 |
| Less: Bank Transfers | 1,591.43 | 1,439.00 | |
| Subtotal | 250.62 | 403.05 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $250.62 | $403.05 | |

{} Asset reference(s)

Exhibit 9

# **Form 2**

Page: 5

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** 07-72241 | |
| **Case Name:** JOHNSON, BRYANT | |
| **Taxpayer ID #:** **-***2741 | |
| **Period Ending:** 04/22/13 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****158065 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,439.00 | | 1,439.00 |
| 02/12/13 | 21003 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $386.29, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 386.29 | 1,052.71 |
| 02/12/13 | 21004 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $312.32, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 312.32 | 740.39 |
| 02/12/13 | 21005 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 740.39 | 0.00 |
| | | | Dividend paid 100.00%        690.39 on $690.39;  Claim# ; Filed: $690.39 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          50.00 on $50.00;  Claim# ; Filed: $50.00 | 2200-000 | | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 1,439.00 | 1,439.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,439.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,439.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $1,439.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****55-65** | 2,355.26 | 473.10 | 0.00 |
| **Checking # 9200-******55-65** | 250.62 | 403.05 | 0.00 |
| **Checking # ****158065** | 0.00 | 1,439.00 | 0.00 |
| | $2,605.88 | $2,315.15 | $0.00 |